IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON GAS COMPANY d/b/a KEYSPAN ENERGY DELIVERY NEW ENGLAND,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY INDEMNITY COMPANY,<br><br>Defendant. | Civil Action<br>No. 07-10701-RWZ |

**ASSENTED-TO MOTION FOR LEAVE TO PRACTICE
PURSUANT TO LOCAL RULE 83.5.3(b)**

David B. Chaffin, a member of the bar of this Court and counsel of record for defendant Century Indemnity Company ("Century"), respectfully moves pursuant to Local Rule 83.5.3(b) for an Order, pursuant to Local Rule 83.5.3, granting Guy A. Celluci, Esq. and Shane R. Heskin, Esq., leave to appear and practice on behalf of Century in the above-captioned action. As set forth in the attached Certifications, Messrs. Cellucci and Heskin are members in good standing of the bars of each jurisdiction in which they have been admitted to practice. No disciplinary proceedings are pending against Messrs. Cellucci or Heskin, and they are familiar with the Local Rules of the United States District Court for the District of Massachusetts. Further, counsel for plaintiff has assented to this motion.

      **WHEREFORE**, I respectfully request that Messrs. Celluci and Heskin be granted leave to appear and represent Century Indemnity in this matter.

                                              Respectfully submitted,

Dated: May 11, 2007                       /s/ David B. Chaffin
                                              David B. Chaffin
                                              BBO No. 549245
                                              **HARE & CHAFFIN**
                                              160 Federal Street
                                              Boston, MA  02110
                                              (617) 330-5000

                                              Attorneys for Defendant
                                              Century Indemnity Company

## CERTIFICATE OF SERVICE

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 11, 2007.

                                              /s/David B. Chaffin