## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON GAS COMPANY d/b/a KEYSPAN ENERGY DELIVERY NEW ENGLAND,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY INDEMNITY COMPANY,<br><br>Defendant. | Civil Action No: 07-10701RWZ |

### CERTIFICATION OF GUY A. CELLUCCI

I, Guy A. Cellucci, certify and state as follows:

1. I am a partner in the firm of White and Williams LLP. I make this certification in support of the motion pursuant to Local Rule 83.5.3(b) for an Order granting me leave to appear and practice on behalf of defendant Century Indemnity Company ("Century") in this matter.

2. I am a member in good standing of the bars of the Commonwealth of Pennsylvania and the State of New Jersey. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

3. I respectfully request that the Court grant me leave to appear and practice on behalf of Century in this matter.

_____
Guy A. Cellucci

Dated: May 2, 2007