## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON GAS COMPANY d/b/a KEYSPAN ENERGY DELIVERY NEW ENGLAND, <br><br> Plaintiff, <br><br> v. <br><br> CENTURY INDEMNITY COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No:  07-10701-PBS <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby

stipulate to the dismissal of this action with prejudice, each party to bear its own costs, and with all

rights to appeal waived.


**DICKSTEIN SHAPIRO LLP**                     **WHITE AND WILLIAMS LLP**


/s/David L. Elkind                                           /s/ David B. Chaffin
David L. Elkind                                               David B. Chaffin (BBO #549245)
John A. Gibbons                                             99 Summer Street, Suite 1530
1825 Eye Street NW                                       Boston, MA 02110
Washington, DC  20006-5403                          (617) 748-5200
*Attorneys for Boston Gas Company*                chaffind@whiteandwilliams.com
                                                                       -and-
                                                                       Guy A. Cellucci (*pro hac vice*)
                                                                       Shane R. Heskin (*pro hac vice*)
                                                                       One Liberty Place, Suite 1800
                                                                       Philadelphia, P A 19103-7395
                                                                       (215) 864-7000
                                                                       celluccig@whiteandwilliams.com
                                                                       heskins@whiteandwilliams.com
                                                                       *Attorneys for Century Indemnity Company*

Dated: October 10, 2013

## <u>CERTIFICATE OF SERVICE</u>

       I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to any other counsel and parties by regular mail on this 10th day of October 2013.

                        /s/David B. Chaffin

                        David B. Chaffin

12235350v.1